ACCEPTED
03-14-00654-CR
5539235
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/4/2015 9:10:58 AM
JEFFREY D. KYLE
CLERK

# IN THE THIRD COURT OF APPEALS
## FOR THE STATE OF TEXAS

**JAMES PALACIO**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/4/2015 9:10:58 AM
JEFFREY D. KYLE
Clerk

**V.**                                                        **NO. 03-14-00654-CR**

**THE STATE OF TEXAS**

## APPELLANT'S THIRD MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, James Palacio, by and through his attorney of record, Linda Icenhauer-Ramirez, and files this his Third Motion for Extension of Time to Brief and in support thereof, would show the Court the following:

### I.

That the above-styled and numbered cause is styled The State of Texas v. James Palacio, Cause Number D-1-DC-14-904021 in the 427th Judicial District Court of Travis County, Texas. Appellant was sentenced on September 26, 2014.

### II.

Appellant was convicted of aggravated assault and punishment was assessed at thirty years imprisonment.

### III.

Appellant's notice of appeal was filed on October 6, 2014. The

reporter's record was filed on January 30, 2015 and the clerk's record was filed on January 26, 2015. The due date for the brief is Monday, April 20, 2015.

## IV.

This is Appellant's third motion for extension of time to file his brief. Appellant respectfully requests a forty-five day extension of time to file the brief, which would make such brief due on Sunday, July 19, 2015. The next working day is Monday, July 20, 2015.

## V.

The undersigned attorney has begun reading the record in this case but has been unable to complete the brief due to necessary work needed to be completed on several other appeal cases and due to her busy schedule in both the district and county courts of Travis and Williamson Counties. She has recently completed and filed briefs in the cause of State of Texas v. Brian Roland Chandler, Cause No. 03-14-00547-CR and in the causes of State of Texas v. Troy Williams, 03-14-00229-CR and 03-14-00228-CR. Yesterday she completed and filed petitions for discretionary review in the Court of Criminal Appeals in the causes of Rodolfo Cisneros v. State of Texas, Cause Nos. 03-13-00206-CR, 03-13-00207-CR, 03-13-00208-CR and 03-13-00209-CR. She is completing work on the brief in Leonardo

Cantos v. State of Texas, No. 03-14-00585-CR and as soon as that brief is done, she will devote her full attention to this brief. She asks that this extension be granted so that she may effectively represent Appellant and so that justice may be done in this case.

Respectfully Submitted,

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ
Attorney at Law
1103 Nueces
Austin, Texas 78701
(512) 477-7991
FAX #: (512) 477-3580
SBN: 10382944

ATTORNEY FOR APPELLANT

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion was computer generated and contains 491 words, as calculated by the word count function on my computer.

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ

## CERTIFICATE OF SERVICE

I, Linda Icenhauer-Ramirez, hereby certify that a true and correct copy of the foregoing Appellant's Third Motion for Extension of Time to Brief was e-served to the Travis County District Attorney's Office on this the 4th day of June, 2015.

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ